UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER C. OLIVA,

                     Plaintiff,

-v-                                   CIVIL ACTION NO. 25 Civ. 2719 (SLC)

                                   **ORDER**

FRANK BISIGNANO, Commissioner of Social Security,

                     Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

On May 29, 2025, the Court set a briefing schedule for the filing of the Certified Administrate Record and the subsequent briefing, including a deadline for Plaintiff to file his motion for judgment on the pleadings ("MJP") by September 15, 2025. (See Dkt. No. 8). To date, Plaintiff has not filed his MJP. As a one-time courtesy, the Court sua sponte EXTENDS the deadline for Plaintiff to file his MJP to **Wednesday, September 24, 2025**. Accordingly, Defendant's deadline to file an opposition is extended to **Friday, November 21, 2025.** The deadline to file any reply is EXTENDED to **Friday, December 12, 2025.**

Plaintiff is warned that failure to comply with the Court's Order may result in the Court dismissal of this action for failure to prosecute under Federal Rule of Civil Procedure 41(b).

Dated:      New York, New York
             September 17, 2025

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**