UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER C OLIVA,

                Plaintiff,

-v-

MARTIN O'MALLEY,

                Defendant.

CIVIL ACTION NO.: 25 Civ. 2719 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Standing Order staying certain civil cases pending the restoration of Department of Justice funding (Dkt. No. 14) and the government shutdown having ended as of November 12, 2025, the stay in this case is LIFTED. Accordingly, the parties are directed to adhere to the following deadlines:

- Defendant's opposition to the Motion to Remand and/or Judgment on the Pleadings shall be due on **Monday, January 5, 2026.**

- Plaintiff's reply in further support of the Motion to Remand and/or Judgment on the Pleadings shall be due on **Monday, January 26, 2026.**

Dated:    New York, New York
            November 18, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge