**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X

PETER O.,

Plaintiff,

-against-

FRANK J. BISIGNANO, COMMISSIONER OF SOCIAL SECURITY,

Defendant.

---------------------------------------------------------------------X

25 **CIVIL** 2719 (SLC)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated August 26, 2026, the ALJ Decision is AFFIRMED, and this action is DISMISSED. Accordingly, judgment is hereby entered in favor of Commissioner and this case is closed.

**Dated:** New York, New York

August 28, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**