UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER C. OLIVA,

Plaintiff,

-v-

FRANK BISIGNANO, Commissioner of Social Security,

Defendant.

CIVIL ACTION NO. 25 Civ. 2719 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On August 28, 2026, the Court affirmed the decision of Administrative Law Judge Vincent M. Cascio and denied the motion to remand this action to the Commissioner of Social Security (the "Commissioner") filed by Plaintiff Peter C. Oliva ("Plaintiff"). (Dkt. No. 18; see Dkt. No. 11). On September 9, 2026, Plaintiff filed a motion to reargue pursuant to the Court's Local Rule 6.3 and Federal Rule of Civil Procedure 59(e). (Dkt. No. 20 (the "Motion")). See Local Civ. R. 6.3; Fed. R. Civ. P. 59(e). Pursuant to the Court's Local Rule 6.1(b), the Commissioner's deadline to file an opposition to the Motion was September 23, 2026. See Local Civ. R. 6.1. To date, the Commissioner has not filed a response.

As a one-time courtesy, the Court sua sponte **EXTENDS** the deadline for the Commissioner to file his opposition to **October 9, 2026**. Accordingly, Plaintiff's deadline to file any reply is **EXTENDED** to **October 16, 2026.**

Dated: New York, New York
September 25, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**