UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER C. OLIVA,

Plaintiff,

-v-

FRANK BISIGNANO, Commissioner of Social Security,

Defendant.

CIVIL ACTION NO. 25 Civ. 2719 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On August 28, 2026, the Court affirmed the decision of Administrative Law Judge Vincent M. Cascio and denied the motion to remand this action to the Commissioner of Social Security (the "Commissioner") filed by Plaintiff Peter C. Oliva ("Plaintiff"). (Dkt. No. 18; see Dkt. No. 11). On September 9, 2026, Plaintiff filed a motion to reargue pursuant to the Court's Local Rule 6.3 and Federal Rule of Civil Procedure 59(e). (Dkt. No. 20 (the "Motion")). See Local Civ. R. 6.3; Fed. R. Civ. P. 59(e). On October 5, 2026, the Commissioner filed his opposition to the Motion. (Dkt. No. 22).

On October 11, 2026, Plaintiff filed a document bearing the title "MOTION for Reargument." (Dkt. No. 23 (the "Oct. 11 Filing")). The Court has reviewed the Oct. 11 Filing and concludes that it is Plaintiff's reply memorandum of law in further support of his Motion. The Court deems the Motion fully briefed and will decide the Motion in due course.

The Clerk of Court is respectfully directed to close Dkt. No. 23.

Dated: New York, New York
October 13, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**